UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JULIE PAQUIN AND SCOTT HAEBERLIN,<br><br>                Plaintiffs,<br><br>vs.<br><br>CITY OF ATLANTA, *a municipal corporation of the State of Georgia*, and KEYETTA HOLMES, *Director, Office of Zoning and Development*,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-cv-1073-ELR |

## J U D G M E N T

This action having come before the Court, Honorable Eleanor L. Ross, United States District Judge, for consideration of the United States Magistrate Judge's Final Report and Recommendation and Defendants' motions to dismiss, and the Court having **ADOPTED** said recommendation and **GRANTED** said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 28th day of March, 2022.

                                                            KEVIN P. WEIMER
                                                            CLERK OF COURT
                                        By:   B. Walker
                                                   Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 28, 2022
Kevin P. Weimer
Clerk of Court
By:        s/ B. Walker
      Deputy Clerk